IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEBORAH PURIFOY**                                                                                    **PLAINTIFF**

v.                              **CASE NO: 4:12CV00742 BSM**

**CITY OF BAUXITE et al.**                                                                       **DEFENDANTS**

## ORDER

The parties' joint oral motion to continue the trial date is granted and the trial is reset for Wednesday, September 3, 2014. Motions in limine are due August 22, 2014, and responses must be filed five calendar days thereafter. The parties are also directed to submit a joint status report on settlement prospects no later than July 15, 2014.

IT IS SO ORDERED this 30th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE